UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GARY MOTON,

                Plaintiff,                07 CV 7581 (DLC)

    -against-                           AFFIDAVIT OF
                                                        SERVICE
DETECTIVE FRANK FELICIANO, Shield No.
2594, P.O. ANGEL DALIZ, P.O. "JOHN"
CARROLL, P.O. "JOHN DOE" Nos. 1-12, and
THE CITY OF NEW YORK,

                Defendants.
------------------------------------------------------------------X

STATE OF NEW YORK      )
                                  )ss:
COUNTY OF QUEENS     )

    ALAN D. LEVINE, being duly sworn, deposes and says:

    Deponent is not a party to this action, is over 18 years of age, and resides in the County of New York, City and State of New York.

    On September 5, 2007, deponent served the within SUMMONS, COMPLAINT and JURY TRIAL DEMAND upon defendant CITY OF NEW YORK at 9:58 A.M., by delivering a true copy thereof to Harold Eaton-Muhammad, Unit Chief, employed by the New York City Department of Law at 100 Church Street, 4th Floor, New York and authorized to accept service on behalf of defendant.

                                                          _____
                                                           ALAN D. LEVINE

Sworn to before me this
7th day of September 2007

_____
NOTARY PUBLIC

                          JENNIFER L BROSIUS
                Notary Public - State of New York
                       No. 01BR6167337
                  Qualified in Queens County
            My Commission Expires 05/29/2011