```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
GARY MOTON,                             :
                          Plaintiff,    :
                                        :
          -v-                           :    07 Civ. 7581 (DLC)
                                        :
DETECTIVE FRANK FELICIANO, Shield No.   :      ORDER OF
2594; P.O. ANGEL DALIZ; P.O. "JOHN"     :    DISCONTINUANCE
CARROLL; P.O. "JOHN DOE" Nos. 1-12; and :
THE CITY OF NEW YORK,                   :
                          Defendants.   :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

During a telephonic conference held on October 25, 2007, counsel for the plaintiff was ordered to provide the Court with a letter, no later than November 8, indicating the whereabouts of his client. By letter dated November 8, counsel for the plaintiff informed the Court that he has been unable to locate his client. Accordingly, it is hereby

ORDERED that the above-captioned action be, and hereby is, discontinued without prejudice.

SO ORDERED:

Dated:   New York, New York
         November 19, 2007

                                    _____
                                              DENISE COTE
                                    United States District Judge