

ALAN D. LEVINE
ATTORNEY AT LAW
80-02 KEW GARDENS ROAD
KEW GARDENS, NEW YORK 11415

(718) 793-6363
FAX: (718) 544-5703
E-MAIL: alandlaw@justice.com

November 8, 2007

Honorable Denise L. Cote
United States District Judge
500 Pearl Street
New York, N.Y. 10007

Re:   Moton v. Feliciano, et al.
      07 CV 7581 (DLC)
      Our File No: 2039

Dear Judge Cote:

    I am the attorney for the plaintiff in the above-referenced action. I informed Your Honor during a telephone conference two weeks ago that I had become unable to locate my client. Since that time, my investigator has attempted to find him. Unfortunately, he has not been successful in this endeavor. Consequently, I am reminding Your Honor that you stated in the conference that if my client had not been located by today, you would dismiss the action without prejudice. Should I be able to locate my client in the future, I shall promptly inform the court and the attorney for the defendants.

                                    Very truly yours,

                                    ALAN D. LEVINE

ADL/rhw
cc:  Katherine E. Smith, Esq.
     Sabrina Tann, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07