USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                        :
GARY MOTON,                               :
                     Plaintiff,   :
                                        :
           -v-                          :   07 Civ. 7581 (DLC)
                                        :
DETECTIVE FRANK FELICIANO, Shield No.  :   ORDER
2594; P.O. ANGEL DALIZ; P.O. "JOHN"    :
CARROLL; P.O. "JOHN DOE" Nos. 1-12; and :
THE CITY OF NEW YORK,                   :
                   Defendants.  :
                                        :
---------------------------------------X

DENISE COTE, District Judge:

    By letter dated November 16, 2007, and received by the Court today, counsel for the plaintiff informed the Court that he had located his client. It is hereby

    ORDERED that the Order of Discontinuance issued earlier today is vacated.

    IT IS FURTHER ORDERED that the executed releases shall be returned to the defendants no later than Friday, November 30.

    IT IS FURTHER ORDERED that the parties are directed to appear for a conference with the Court, on January 25, 2008, at 10:30 a.m., at the United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 11B.

    SO ORDERED:

Dated:    New York, New York
          November 19, 2007

                                      _____
                                           DENISE COTE
                               United States District Judge