UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- -X

GARY MOTON,

                Plaintiff,

       -v-

DETECTIVE FRANK FELICIANO, Shield No. 2594;
P.O. ANGEL DALIZ; P.O. "JOHN" CARROLL; P.O.
"JOHN DOE" Nos. 1-12; and THE CITY OF NEW
YORK,

                Defendants.

------------------------------------------------------------------- -X

07 CIV. 7581 (DLC) (DF)*

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08

DENISE COTE, District Judge:

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | | | Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| X | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: _____ |

\* Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:   New York, New York
              February 4, 2008

                                                    DENISE COTE
                                           United States District Judge