AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

GARY MOTON,
      Plaintiff,

V.

DETECTIVE FRANK FELICIANO,
Shield No. 2594, P.O. ANGEL
DALIZ, P.O. "JOHN" CARROLL,
P.O. "JOHN DOE" Nos. 1-12, and
THE CITY OF NEW YORK,

      Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **'07 CIV 7581**

JUDGE COTE

TO: (Name and address of Defendant)

Feliciano, Daliz, Carroll, "Doe" Nos 1-12
    One Police Plaza, New York, NY 10038
City
    c/o Corporation Counsel, 100 Church Street, New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    ALAN D. LEVINE, ESQ
    80-02 Kew Gardens Road, Suite 1010
    Kew Gardens, New York 11415

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

AUG 27 2007

J. MICHAEL McMAHON
CLERK                                       DATE

(By) DEPUTY CLERK

ORIGINAL

AO 440 (Rev 8/01) Summons in a Civil Action

| P.O. ANGEL DALIZ | RETURN OF SERVICE | 2768 Frederick Douglass Blvd. NY, NY 10039 |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | February 21, 2008 |
| NAME OF SERVER (PRINT) Richard Schacca | TITLE | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Deponent left copy of said papers with SGT Danhey. Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to defendant and deposited said wrapper in a post office depository.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/21/08
             Date           Signature of Server

Franklin Square, NY 11010
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

GARY MOTON,
          Plaintiff,

V.

DETECTIVE FRANK FELICIANO,
Shield No. 2594, P.O. ANGEL
DALIZ, P.O. "JOHN" CARROLL,
P.O. "JOHN DOE" Nos. 1-12, and
THE CITY OF NEW YORK,

          Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **'07 CIV 7581**

**JUDGE COTE**

TO: (Name and address of Defendant)

Feliciano, Daliz, Carroll, "Doe" Nos 1-12
    One Police Plaza, New York, NY 10038
City
    c/o Corporation Counsel, 100 Church Street, New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    ALAN D. LEVINE, ESQ
    80-02 Kew Gardens Road, Suite 1010
    Kew Gardens, New York 11415

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

AUG 27 2007

J. MICHAEL McMAHON
CLERK

_[signature]_
(By) DEPUTY CLERK

DATE

ORIGINAL

%AO 440 (Rev 8/01) Summons in a Civil Action

| Det. Frank Feliciano | RETURN OF SERVICE | 2768 Frederick Douglass Blvd. NY, NY 10039 |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | February 21, 2008 |
| NAME OF SERVER (PRINT) Richard Schacca | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Deponent left copy of said papers with SGT Danhey. Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to defendant and deposited said wrapper in a post office depository.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    2/21/08
                  Date            Signature of Server

Franklin Square, NY 11010
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

GARY MOTON,
          Plaintiff,

V.

DETECTIVE FRANK FELICIANO,
Shield No. 2594, P.O. ANGEL
DALIZ, P.O. "JOHN" CARROLL,
P.O. "JOHN DOE" Nos. 1-12, and
THE CITY OF NEW YORK,

          Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **'07 CIV 7581**

**JUDGE COTE**

TO: (Name and address of Defendant)

Feliciano, Daliz, Carroll, "Doe" Nos 1-12
    One Police Plaza, New York, NY 10038
City
    c/o Corporation Counsel, 100 Church Street, New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    ALAN D. LEVINE, ESQ
    80-02 Kew Gardens Road, Suite 1010
    Kew Gardens, New York 11415

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

AUG 2 7 2007

J. MICHAEL McMAHON
CLERK                                               DATE

(By) DEPUTY CLERK

ORIGINAL

✎AO 440 (Rev 8/01) Summons in a Civil Action

| P.O. JEFFREY CARROLL | RETURN OF SERVICE | 2768 Frederick Douglass Blvd. NY, NY 10039 |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | February 21, 2008 |
| NAME OF SERVER *(PRINT)* Richard Schacca | TITLE | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Deponent left copy of said papers with SGT DANHEY. Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to defendant and deposited said wrapper in a post office depository.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/21/08
           Date           Signature of Server

Franklin Square, NY 11010
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure