ALAN D. LEVINE

ATTORNEY AT LAW

80-02 KEW GARDENS ROAD

KEW GARDENS, NEW YORK 11415
———
(718) 793-6363

FAX: (718) 544-5703

E-MAIL: alandlaw@justice.com

June 24, 2008

<u>VIA ECF</u>

Honorable Denise L. Cote

United States District Judge

500 Pearl Street

New York, NY 10007

     Re:  <u>Moton v. Feliciano, et al.</u>

            07 CV 7581 (DLC)

Dear Judge Cote:

     I am the attorney for the plaintiff in the above-referenced action. The present deadline for the completion of fact discovery in this action is July 25, 2008. I am writing to request that the case be stayed.

     The reason for this request is that, although the Police Department Internal Affairs Bureau investigation of plaintiff's claims has been concluded and a redacted version of the IAB file has been provided to me, the Civilian Complaint Review Board is still investigating plaintiff's claims. I, of course, have long since served a demand for the CCRB file on the Corporation Counsel's Office. However, the defendants' attorneys obviously cannot provide me with that file until the CCRB investigation is completed and the file is provided to their office.

     In addition to the CCRB file, there are also certain medical records of plaintiff that my office has been having difficulty in obtaining and additional authorizations for medical records that I am in the process of providing to the attorneys for the defendants.

     The Corporation Counsel's Office has informed me that it takes no position on this request. I believe that it is necessary because discovery cannot be completed without the documents and interview tapes and/or transcripts that will ultimately be

provided by the CCRB, which are needed both for the depositions of the defendants and for fully informed settlement negotiations.

Very truly yours,

ALAN D. LEVINE

ADL/jb

cc: Katherine E. Smith, ACC (Via Fax)